# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv540

| | |
|---|---|
| **DENNIS C. SHOEMAKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **PRECISION STEEL WAREHOUSE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**THIS MATTER** is before the Court on the motion of the Defendant Precision Steel Warehouse for the admission of attorney Michael F. Hughes *pro hac vice* in this action [Doc.11].

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion [Doc. 11] is **ALLOWED**, and Michael F. Hughes is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: March 31, 2008

*Signature*

Martin Reidinger
United States District Judge