IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CIVIL CASE NO. 3:07cv540**

| | | |
|---|---|---|
| **DENNIS C. SHOEMAKER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **PRECISION STEEL WAREHOUSE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the motion of the Defendant Precision Steel Warehouse for the admission of attorney Eugene A. Boyle *pro hac vice* in this action [Doc.12].

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion [Doc. 12] is **ALLOWED**, and Eugene A. Boyle is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: March 31, 2008

Martin Reidinger
United States District Judge